Name: Tori Saunders
Din: 17A1258
Cell: A-1-18

RECEIVED
SDNY PRO SE OFFICE
2023 NOV -8 AM 11:04 10-30-23

23-CV-6370

To: Laura Taylor Swain, Chief United States District Judge

I am notifying the honorable Judge of my Address change to my recent housing at Address below

{ Wende Correctional Facility
Wende Rd. P.O. Box 1187
Alden, New York 14004 }

You can contact me at this address with any future proceedings / decisions & updates on my claim matter, Thank you for your time & Blessed day.

cc: File
Attorney General Letitia James of NYS
Southern District U.S Court
Kathy Hochul Governor of NYS The Capitol

**WENDE CORRECTIONAL FACILITY**
Wende Rd., P.O. Box 1187
Alden, New York 14004-1187
NAME: Tori Saunders   DIN: 17A1258

USMP3 SDNY

Legal Mail

Clerk of Court
United States District Court
Southern District of New York
U.S courtHouse 500 pearl
N.Y, N.Y. 1000 7

WENDE CORRECTIONAL FACILITY
WENDE

NEOPOST
11/03/2023
US POSTAGE $000.63⁰
ZIP 14004
041M11281621

FIRST-CLASS MAIL
Legal Mail

RECEIVED
NOV 07 2023
CLERK'S OFFICE
S.D.N.Y.