Docket in case # 23 CV/~~CR~~ 6370
As: Pltf. Letter
Date: 01/04/2024

Name: Tori Saunders　　　　　　　　　　Date: 12-25-23
DIN: 17A1258
Cell: RU-B2-29　　　　　　　　　　　　Case: 7:23-CV-6370
To: Hon. Nelson S. Roman

Dear Judge Roman

I Tori Saunders have recently been transfered from the Wende Correctional Facility and now house at the address enclosed & Below,
Collins Correctional Facility
P.O. Box 340
Collins, N.Y 14034

And can be reached by mail or legal phone call also I have contacted the "NYLAG" by mail correspondence for assistance due to my pro,se status and illiteracy to the law of federal civil litigation it has been over a month with no response & I feel I need counsel representation proceeding forward please contact me on how to proceed.

Tori Saunders
17A1258
CC: File

RECEIVED JAN 04 2024 NELSON S. ROMÁN U.S. DISTRICT JUDGE S.D.N.Y.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/04/2024

COLLINS CORRECTIONAL FACILITY
P.O. BOX 340
COLLINS, NEW YORK 14034-0340

NAME: Tori Saunders     DIN: 17A1258

Clerk/Judge Ronan
United States District Court
Southern District of New York
U.S Courthouse - 500 Pearl Street
New York, NY 10007

Legal Mail

RECEIVED
JAN 04 2024
U.S.D.C.
W.P.

Legal Mail
NEOPOST                  FIRST-CLASS MAIL
12/28/2023
US POSTAGE $000.63
                         ZIP 14034
                         041M11455116

COLLINS CORRECTIONAL FACILITY