Docket in case #: 23-CV-XX-6370
As: **Plaintiff Letter**
Date: 02 / 06 / 2024

Case 7:23-cv-06370-NSR   Document 21   Filed 02/06/24   Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/06/2024

From: Name: Tori Saunders
DIN: 17A1258

To: Honorable Judge S. Roman
Southern District U.S Court of NYS

January 23, 2024

RECEIVED FEB 05 2024
NELSON S. ROMAN
U.S. DISTRICT JUDGE
S.D.N.Y.

I am respectfully writing to you notifying you that on 1-23-24 I have been involuntarily admitted to Central New york Psychiatric Center (CNYPC) in Marcy New york due to mental health issues and an attempted suicide attempt on my life where I was hospitilized at Erie County Medical Center (ECMC) from 1-6-24 until 1-10-24 and held in OMH observation at attica Correctional Facility from 1-10-24 until my official transfer to (CNYPC) on 1-23-24. At this time I do not have any access to any of my personal property, legal documents pertaining to my §1983 claim etc. These items of property will continue to be held at Collins Correctional facility where I was officially housed at before my suicide attempt. I will not have the approriate access to assistance persuing my claim, law library access, due to my legal illiteracy I am requesting an injuction hold on my claim responce until I am discharged from the Central New york Psychiatric Center for Mental health. I do not have an date until I am evaluated by social workers and Team staff where they feel it's safe for me to return back into the custody of Doccs N.Y.S. I can reached at the address below

Tori Saunders    c: 763867
Central Newyork Psychiatric Center (CNYPC)
P.O. Box 300
Marcy, New york. 13403
Phone 315-765-3600

Thank you for your time Judge. Bless day

*[signed] Tori Saunders*

Tori Saunders C: 763867
P.O. BOX 300
MARCY, NEW YORK 13403-0300

Legal Mail

RECEIVED
FEB 05 2024
U.S.D.C.
W.P.

Honorable Judge S. Roman
United States District Court
Southern District of NewYork
500 pearl Street
NewYork, N.Y 10007

quadient
FIRST-CLASS MAIL
IMI
$000.64
01/29/2024 ZIP 13403
043M31232360
US POSTAGE

USM
SDNY

...SON S. ROMAN
DISTRICT JUDGE
S.D.N.Y.

Legal Mail