```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/14/2024
```

**MEMORANDUM ENDORSEMENT**

<u>Saunders v. Edward et al</u>, 7:23-cv-06370 (NSR)

  The Court is in receipt of the attached letter from *pro se* Plaintiff, received June 13, 2024, which the Court construes as (1) a request for proceedings to remain stayed in the action and (2) a request for the appointment of pro bono counsel. Plaintiff's request for a stay of proceedings is granted and his request for appointment of pro bono counsel is denied.

  In light of Plaintiff's letter, all proceedings in the action are stayed until August 16, 2024. Plaintiff's time to respond to Defendants' letter motion is further stayed. Pro se Plaintiff is directed to inform the Court in writing of the status of his location on or before August 16, 2024.

  Still being unable to determine whether any circumstances warrant the appointment of pro bono counsel at this early stage, the Court again DENIES Plaintiff's motion without prejudice with leave to renew at a later stage in the proceedings.

  The Clerk of the Court is directed to mail a copy of this memorandum endorsement to Plaintiff at the address listed on ECF and to show service on the docket.

Dated: June 14, 2024
    White Plains, NY

SO ORDERED:

*[signature]*
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

Docket in case #23
As: Plaintiff Letter
Date: 06 / 14 / 2024

Case 7:23-cv-06370-NSR   Document 24   Filed 06/14/24   Page 2 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/14/2024

Name: Tori Saunders                                      June 4th, 2024
To: Honorable Judge Nelson S. Roman

Case: 7:23-cv-6370

I Tori Saunders still remain housed at Central New York Psychiatric Center. Since my admittion date of 1-23-24. I do not have knowledge of my discharge date but I do request respectfully a stay & assignment of pro-se attorney due to legal illiteracy of law and that I have no experience of federal law and no access to any case law or representation at Central Newyork Psychiatric Center of Marcy Newyork. I am responding to the deadline stay of June 11, 2024. At this time I am still seeking mental treatment and prose representation would really help to respond to defendants motion to dismiss. Please notify me on recievance of this letter Thank you blessed day.

RECEIVED
JUN 13 2024
NELSON S. ROMÁN
U.S. DISTRICT JUDGE
S.D.N.Y.