USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___4/14/2026___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TORI SAUNDERS,

                                    Plaintiff,

                    -against-

H.O. CORLEY EDWARD ET AL,

                                    Defendants.

23-CV-6370 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

Per the New York State Department of Corrections and Community Supervision's Incarcerated Lookup webpage[1] and Defendants' letter at ECF No. 42, Plaintiff Tori Saunders is presently at the following address:

DIN 17A1258
Clinton Correctional Facility
1156 Route 374
P.O. Box 2001
Dannemora, NY 12929

Accordingly, the Clerk of Court is directed to update Plaintiff's address on the docket to the aforementioned address and to mail a copy of this Order and of the Opinion & Order at ECF No. 44 to pro se Plaintiff at the updated address.

SO ORDERED.

Dated:    April 14, 2026
          White Plains, New York

                                    NELSON S. ROMÁN
                                    United States District Judge

---

[1] "Incarcerated Lookup", NYS DOCCS, available at: https://nysdoccslookup.doccs.ny.gov/ (*last accessed*: April 14, 2026).