USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/28/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TORI SAUNDERS,

Plaintiff,

-against-

H.O. CORLEY EDWARD and D. VENETTOZI,

Defendants.

23-CV-6370 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

Pro se plaintiff Tori Saunders ("Plaintiff' or "Saunders") commenced this action asserting claims, inter alia, pursuant to 42 U.S.C. § 1983 ("§ 1983" or "Section 1983"). *See* Complaint, ECF No. 1. Plaintiff asserts claims against Hearing Officer Edward Corley ("Defendant Corley") and Director of Special Housing Don Venettozzi ("Defendant Venettozzi") (together, "Defendants"), alleging violations of his rights under the Fifth, Eighth and Fourteenth Amendments of the U.S. Constitution. *See id*. at 1122-36. Defendants moved to dismiss Plaintiff's Complaint pursuant to Fed. R. Civ. P. l 2(b )( 6). (ECF No. 38.) The Court granted Defendants' motion to dismiss. (ECF No. 44.) Specifically, the claims against Defendant Corley were dismissed without prejudice and the claims against Defendant Venettozzi were dismissed with prejudice. Id. Plaintiff was granted leave to file an amended complaint by April 3, 2026. *Id*.

On August 4, 2026, the Court issued an Order to Show Cause ("OSC") directing Plaintiff to show cause in writing on or before September 4, 2026, why this action should not be dismissed without prejudice for want of prosecution pursuant to Fed. R. Civ. P. 41(b). The Court further advised that failure to comply with the Court's order will result in dismissal of the case for want of prosecution. Despite the passage of more than thirty (30) days since the Court's issuance of the OSC and several weeks past the deadline for Plaintiff to respond, the Court has received no

communication, in any form, from the Plaintiff. Accordingly, Plaintiff's remaining causes of action are deemed dismissed without prejudice.

The Clerk of Court is respectfully directed to terminate the action, to mail a copy of this Order to Plaintiff at his address as listed on ECF and to show service.

Dated: September 28, 2026
White Plains, New York

SO ORDERED:

NELSON S. ROMÁN
United States District Judge