**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
TORI SAUNDERS,

Plaintiff,

-against-

23 **CIVIL** 6370 (NSR)

# JUDGMENT

H.O. CORLEY EDWARD and D. VENETTOZI,

Defendants.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 28, 2026, the Court issued an Order to Show Cause ("OSC") on August 4, 2026, directing Plaintiff to show cause in writing on or before September 4, 2026, why this action should not be dismissed without prejudice for want of prosecution pursuant to Fed. R. Civ. P. 41(b). The Court further advised that failure to comply with the Court's order will result in dismissal of the case for want of prosecution. Despite the passage of more than thirty (30) days since the Court's issuance of the OSC and several weeks past the deadline for Plaintiff to respond, the Court has received no communication, in any form, from the Plaintiff. Plaintiff's remaining causes of action are deemed dismissed without prejudice; accordingly, the case is closed.

**Dated:** New York, New York

September 30, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**